**PEOPLE v. ZEVILLI.** (Supreme Court, Appellate Division, First Department. December 18, 1896.) Proceeding against Alfonso Zevilli. No opinion. Motion granted.

**PEOPLE ex rel. BYRNE v. WOODRUFF.** (Supreme Court, Appellate Division, Second Department. December 22, 1896.) Proceeding on the relation of Patrick Byrne against Timothy L. Woodruff, as commissioner of the department of parks of the city of Brooklyn. No opinion. Determination annulled, with $10 costs and disbursements, and relator reinstated in his position.

**PEOPLE ex rel. COPPERS, Appellant, v. MURRAY et al., Respondents.** (Supreme Court, Appellate Division, First Department. January 15, 1897.) Proceeding on the relation of Edward Coppers against Joseph Murray and others. A. Levy, for appellant. J. M. Mayer, for respondents. No opinion. Proceeding affirmed, with costs.

**PEOPLE ex rel. KASSCHAU, Appellant, v. ROOSEVELT et al., Respondents.** (Supreme Court, Appellate Division, First Department. December 18, 1896.) Proceeding on the relation of Emil Kasschau against Theodore Roosevelt and others. J. C. De la Mare, for appellant. T. Connoly, for respondents. No opinion. Proceedings affirmed, with costs.

**PEOPLE ex rel. MANHATTAN RY. CO. v. BARKER et al.** (Supreme Court, Appellate Division, First Department. December 22, 1896.) Proceeding on the relation of the Manhattan Railway Company against Edward P. Barker and others. No opinion. Motion to resettle order granted.

**PEOPLE ex rel. NASSAU ELECTRIC R. CO., Respondent, v. NEFF et al., Appellants.** (Supreme Court. Appellate Division, Second Department. December 22, 1896.) Proceeding on the relation of the Nassau Electric Railroad Company against B. G. Neff and others, constituting the board of assessors of the city of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements.

**PEOPLE ex rel. NEW YORK INSTITUTION FOR THE BLIND, Respondent, v. FITCH, Appellant.** (Supreme Court, Appellate Division, First Department. December 22, 1896.) Proceeding on the relation of the New York Institution for the Blind against Ashbel P. Fitch, comptroller. T. E. Hancock, for appellant. J. M. Bowers, for respondent. No opinion. Order affirmed, with costs, on opinion of the court below. See 39 N. Y. Supp. 926.

**PEOPLE ex rel. SOMMERVILLE, Appellant, v. ROOSEVELT et al., Respondents.** (Supreme Court, Appellate Division, First Department. January 15, 1897.) Proceeding on the relation of William T. Sommerville against Theodore Roosevelt and others. E. H. Hawke, Jr., for appellant. Theodore Connoly, for respondents. No opinion. Proceedings affirmed, with costs.

**PEOPLE ex rel. WILLIAMS, Appellant, v. CONSTABLE, Respondent.** (Supreme Court, Appellate Division, First Department. December 18, 1896.) Proceeding on the relation of Joseph R. Williams against Stevenson Constable, as superintendent, etc. No opinion. Order affirmed with costs, on the authority of In re Whitney (decided by this department Sept. 9, 1896) 40 N. Y. Supp. 1151.

**PETRIE, Respondent, v. STEWART, Appellant.** (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by Charles Petrie against Emily M. Stewart. No opinion. Judgment affirmed, with costs.

**PHILIPS et al., Respondents, v. NEW YORK EL. R. CO. et al., Appellants.** (Supreme Court, Appellate Division, First Department. December 11, 1896.) Action by William H. Philips against the New York Elevated Railroad Company and another. Julien T. Davies, George T. Aldrich, and C. K. Morrison, for appellants. Benjamin A. Gould, Jr., and James B. Ludlow, for respondents.

BARRETT, J. The judgment in this case should be affirmed for the reasons assigned in the opinion handed down in the action brought by the same plaintiffs against the Metropolitan Elevated Railroad Company and another (42 N. Y. Supp. 33) with regard to No. 59 Murray street. We think the sum allowed for fee value in the present case, and also the award for rental damages, were fair and reasonable. The questions of law are substantially the same as in the Murray Street Case, and have been sufficiently considered in the opinion above referred to. No other questions calling for special consideration are here presented. The judgment should therefore be affirmed, with costs.

**PITCHER v. LENNON.** (Supreme Court, Appellate Division, First Department. December 22, 1896.) Action by Clair Pitcher against William F. Lennon. No opinion. Motion denied. See 38 N. Y. Supp. 1007.

**POND, Respondent, v. RAWSON, Appellant.** (Supreme Court, Appellate Division, Third Department. January 12, 1897.) Action by Charles L. Pond against Lucinda P. Rawson. No opinion. Judgment affirmed, with costs, with leave to answer over in 20 days upon payment of costs.

**PRINCE v. DOUSHKESS.** (Supreme Court. Appellate Division, First Department. December 18, 1896.) Action by Adolf Prince against Israel Doushkess. No opinion. Motion granted, with $10 costs, to be credited upon judgment.

In re **PROSPECT AVE.** (Supreme Court, Appellate Division, Second Department. December 30, 1896.) Proceeding for the opening of Prospect Avenue in the town of Flatbush. No opinion. Order affirmed, with $10 costs and disbursements.

**RANSON, Respondent, v. WHEELWRIGHT et al., Appellants.** (City Court of New York,